**DISMISS; and Opinion Filed July 30, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-13-00622-CV**

**HERMAN BRASHEAR, Appellant**
**V.**
**D. VINEYARDS, L.P. D/B/A THE VINEYARDS APARTMENTS, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-02418-E**

## MEMORANDUM OPINION

Before Justices Moseley, Bridges, and Lang-Miers
Opinion by Justice Lang-Miers

Before the Court is appellant's motion for nonsuit. Appellant has informed the Court that

he no longer desires to prosecute this matter. We treat appellant's motion as a motion to dismiss.

We grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

130622F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

HERMAN BRASHEAR, Appellant

No. 05-13-00622-CV      V.

D. VINEYARDS, L.P. D/B/A THE
VINEYARDS APARTMENTS, Appellee

On Appeal from the County Court at Law
No. 5, Dallas County, Texas.
Trial Court Cause No. CC-13-02418-E.
Opinion delivered by Justice Lang-Miers.
Justices Moseley and Bridges, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, D. VINEYARDS, L.P. D/B/A THE VINEYARDS APARTMENTS, recover its costs of this appeal from appellant, HERMAN BRASHEAR.

Judgment entered this 30th day of July, 2013.

/Elizabeth Lang-Miers/

ELIZABETH LANG-MIERS
JUSTICE